BEFORE THE SECOND DIVISION, APRIL 27, 1944

No. 49383.—Protests 581188–G, etc., of M. Stern (New York).

Opinion by TILSON, J.   The record showed that certain of the items in question consisted of 8–bu. hats similar in all material respects to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) which record was admitted in evidence herein.   In accordance therewith the claim at only 25 percent ad valorem was sustained as to certain of the merchandise.

No. 49384.—Protests 867547–G, etc., of Zucker & Josephy, Inc., et al.   (New York).

Opinion by TILSON, J.   The testimony showed that certain items consist of hats in chief value of hemp, similar to those involved in Abstract 47291, which record was incorporated herein.   In accordance therewith certain of the items as set forth in decision herein were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.

No. 49385.—Protests 955570–G, etc., of O. Yoshizawa Co. (New York).

Opinion by TILSON, J.   The record showed that certain of the items consisted of hats known as harvest hats, valued at less than $3 per dozen, and similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith those imported and withdrawn for consumption prior to the effective date of said trade agreement (T. D. 48075) were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those imported or withdrawn for consumption subsequent to said date were held dutiable at 12½ percent ad valorem under paragraph 1504 (b) (5) and said trade agreement.